# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

## CRIMINAL NO. 3:04CR151

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| THOMAS JONATHAN AICHER ) | |

**THIS MATTER** is before the Court on the Defendant's letter filed July 18, 2006, which is construed as a motion to correct the Defendant's name as it appears on the indictment and judgment herein.

Attached to the motion is a copy of an order issued by the Clerk of Superior Court of Rowan County, North Carolina, on May 9, 2005, directing that the Defendant's name be changed from that of Aicher to his given name of Christopher Ross Frick. The Court knows of no Criminal Rule of Procedure that provides for a change in a defendant's name *ex post facto.* The Defendant is encouraged to seek advice of counsel on how to proceed.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to change or correct his name on the indictment and judgment herein is hereby **DENIED** without prejudice.

Signed: July 20, 2006

Lacy H. Thornburg
United States District Judge