# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL NO. 3:04CR151

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| THOMAS JONATHAN AICHER | ) | |

**THIS MATTER** is before the Court on the Defendant's motion for an order directing that he be housed in the Mecklenburg County Detention facility once he is released from state custody and is awaiting designation to a federal facility.

The Court has no authority to require the United States Marshal to place the Defendant in a particular jail facility, and therefore, the motion will be denied. However, the Court will provide the Marshal with a copy of the Defendant's correspondence for consideration of his request if there is space available at the Mecklenburg facility at the time of Defendant's transfer into federal custody.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion is hereby **DENIED.**

The Clerk is directed to furnish a copies of the Defendant's motion and this Order to the United States Marshal.

Signed: August 24, 2006

Lacy H. Thornburg
United States District Judge